# UNITED STATES DISTRICT COURT

for the

District of

Division

*FILED*
*DISTRICT COURT OF GUAM*
*NOV 19 2018*
*JEANNE G. QUINATA*
*CLERK OF COURT*

Washington D.C. Seattle City
Manufacing Inc.
Jaydeen Catherine DelaCruz

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Bank of Guam Santa Cruz Branch
Bank Pacific Aspinall Lane Hagatna Branch
Bank of Hawaii 2nd Floor of B.O.H. BLGD. Hagatna Branch
First Hawaiian Bank Maite Branch

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case No. CV-18-00038

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

1st amendment

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jaydeen Catherine DelaCruz |
| Street Address | #122 Santa Rosa Avenue |
| City and County | Hyundai Santa Rita |
| State and Zip Code | Guam 96915 |
| Telephone Number | 671-565-7517/2861 |
| E-mail Address | jaydeendelacruz227@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

      Name

      Job or Title *(if known)*

      Street Address

      City and County

      State and Zip Code

      Telephone Number

      E-mail Address *(if known)*

Bank of Guam
Santa Cruz Branch
Richard Beverente
(Main BLDG - Headquarters)
Hagatna Guam
671.472-3300
www.bogsupport.com

**Defendant No. 2**

      Name

      Job or Title *(if known)*

      Street Address

      City and County

      State and Zip Code

      Telephone Number

      E-mail Address *(if known)*

Bank Pacific
Supervisor Hagatna Branch
Mr. Arriola
Hagatna Branch
Aspinall Lane, Hagatna
671.479-1167
Bankpacific.org

**Defendant No. 3**

      Name

      Job or Title *(if known)*

      Street Address

      City and County

      State and Zip Code

      Telephone Number

      E-mail Address *(if known)*

Bank of Hawaii
Manager Micheal
Hagatna Branch
Santa paizC Street,
Hagatna Guam 96932
1.877.553.2424
Bankofhawaii.org

**Defendant No. 4**

      Name

      Job or Title *(if known)*

      Street Address

      City and County

      State and Zip Code

      Telephone Number

      E-mail Address *(if known)*

First Hawaiian Bank
Supervisor,
400 & Maite Branch
Maite Guam, 96910
Guam
671.475-7900
Firsthawaiian.org

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Discrimination; Fair Labor Standards; Injuction; civil Rights

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

The plaintiff, *(name)* Jaydeen Catherine Dela Cruz is a citizen of the State of *(name)* Guam.

    b.    If the plaintiff is a corporation

The plaintiff, *(name)* Jaydeen Catherine Dela Cruz, is incorporated under the laws of the State of *(name)* Guam,

and has its principal place of business in the State of *(name)* Guam.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

The defendant, *(name)* Bank of Guam, is a citizen of the State of *(name)* Guam. Or is a citizen of *(foreign nation)* Caipar, Guam.

b.  If the defendant is a corporation

The defendant, *(name)* ___Guam___ , is incorporated under

the laws of the State of *(name)* ___Guam___ , and has its

principal place of business in the State of *(name)* ___Guam___ .

Or is incorporated under the laws of *(foreign nation)* ___Saipan, Guam___ ,

and has its principal place of business in *(name)* ___Guam___ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:



$980 zillion hundred thousand dollars. Because defendant is handling business in a forign country like Saipan business is not in Guam.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

- Off Island business   - Senator for Legislature
- Gov. of Guam Authority   - Civil Rights
- Injuction   - Discrimination   - Fair Labor Standards.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*do not touch Anything. can't touch anything to follow courts order and jurisdiction and maintaining Support for political affairs. $980 zillion hundred thousand dollars.*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 19, 2018

Signature of Plaintiff _Jaydeen C. DelaCruz_
Printed Name of Plaintiff _Jaydeen Catherine DelaCruz_

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Jaydeen Catherine Dela Cruz
Commission Senator Guam Legislature
P.O. Box 5484 Hagatna Guam, 96932
(671)477-9866 Office (671)477-9867 Fax
Jaydeendelacruz27@gmail.com
Email:  if available

JAYDEEN CATHERINE DELACRUZ, IN PRO SE

# UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| WASHINGTON D.C. SEATTLE CITY MANUFACTURING INC. **JAYDEEN CATHERINE DELA CRUZ(S)** | Case No.: CIVIL / PETITION/ APPLICATION FOR DISSOLUTION OF MARRIAGE (NO FAULT ACTION) (NO CHILDREN) |
| Plaintiff(s), | **DOCUMENT TITLE (e.g., NOTICE OF MOTION AND MOTION FOR STRIKING PORTIONS OF COMPLAINT)** |
| vs. | |
| BANK OF GUAM SANTA CRUZ BRANCH | **DATE:  (date of hearing)** |
| BANK PACIFIC ASPINALL LANE HAGATNA BRANCH | **TIME:  (time of hearing)** **DEPT:  (department number)** |
| BANK OF HAWAII HAGATNA BRANCH 2ND FLOOR OF BOH BLDG. | Judge:  (name of hearing judge) Dept:    (department number) Action Filed:  (date) |
| FIRST HAWAIIAN BANK MAITE BRANCH(S), | Trial Date:  (Date or Unassigned) |
| Defendant(s). | |

PETITIONER, JAYDEEN CATHERINE DELACRUZ, resides at #122 Santa Rosa Avenue Hyundai Santa Rita Guam, 96915/ address/, city of Santa Rita Country of Guam and state of the United States for 5 years. /specify time period/.

PETITIONER, JAYDEEN CATHERINE DELA CRUZ, Resides at# 8 D Toves Apts. Erskin Drive New Agat , Guam 96928/address/, city of Agat Country of Guam, state of United States for 11

- 1 -

1 | years/specify time period/. PETITIONERS were married on September 23, 1994 in the city of
2 | Hagatna Guam, 96932 in the city of Hagatna Country of Guam state of United States.

3

4 | One: petitioners separated on September 23, 2009

5 | Two: There are no children of this marriage and petitioner Jaydeen Catherine Dela Cruz is not
6 | pregnant.

7 | Three: petitioners consent to jurisdiction of the court.

8 | Four: incompatibility of temperament has caused the irremediable breakdown of petitioner's
9 | marriage.

10 | Five: petitioners have agreed as to distribution of all jointly owned real and personal property. A
11 | copy of such agreement is attached. Hereto, marked Exhibit "A", and by reference made part
12 | hereof, so that it may be approved by the court and incorporated in a dissolution of marriage decree.

13 | Six: petitioners have agreed as to the payment of all unpaid obligations incurred by them, jointly
14 | and individually, and as the payment of all obligations incurred jointly in the future.

15 | Seven: The occupation of petitioner is Senator for the Guam Legislature.

16 | Eight: A financial statement of the petitioners listing their respective income, assets, and liabilities
17 | is attached hereto as Exhibit "A" and incorporated herein by reference.

18 | Petitioner request that:

19 | 1. The marriage of the parties be dissolved;

20 | 2. petitioner Jaydeen Catherine Dela Cruz Salas 's former name be restored to her.

21

22 | Signatures, Verification

23

24

25 | DATED: November 19, 2018

26 | *Jaydeen Catherine Dela Cruz*
YOUR NAME

27 | In Pro Se

28

- 3 -

Jaydeen Catherine Dela Cruz
Commission Senator Guam Legislature
P.O. Box 5484 Hagatna Guam, 96932
(671)477-9866 Office (671)477-9867 Fax
Jaydeendelacruz27@gmail.com
Email: if available

JAYDEEN CATHERINE DELACRUZ, IN PRO SE

# UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| WASHINGTON D.C. SEATTLE CITY MANUFACTURING INC. **JAYDEEN CATHERINE DELA CRUZ(S)**<br><br>Plaintiff(s),<br><br>vs.<br><br>Navy Federal Credit Union Naval Base<br><br>Community First Federal Credit Union Hagatna Branch DNA Building 1st Floor<br><br>Coast 360 Federal Credit Union maite Branch<br><br>Pen Fed Federal Credit Union GCIC Bldg. 1st Floor(S),<br><br><br>Defendant(s). | Case No.: CIVIL / PETITION/ APPLICATION FOR DISSOLUTION OF MARRIAGE (NO FAULT ACTION) (CHILDREN)<br><br>**DOCUMENT TITLE (e.g., NOTICE OF MOTION AND MOTION FOR STRIKING PORTIONS OF COMPLAINT)**<br><br>**DATE: (date of hearing)**<br>**TIME: (time of hearing)**<br>**DEPT: (department number)**<br><br>Judge: (name of hearing judge)<br>Dept: (department number)<br>Action Filed: (date)<br>Trial Date: (Date or Unassigned) |

This petition is filed by Jaydeen Catherine Dela Cruz Salas /wife or Husband /, who alleges as follows:

PETITIONER, JAYDEEN CATHERINE DELA CRUZ, Resides at# 8 D Toves Apts. Erskin Drive New Agat , Guam 96928/address/, city of Agat Country of Guam, state of United States for 11 years/specify time period/. PETITIONERS were married on September 23, 1994 in the city of Hagatna Guam, 96932 in the city of Hagatna Country of Guam state of United States.

- 1 -

One:Irreconciliable differences have caused the irremediable breakdown of the marriage of Matthew Francis G. Salas, husband and Jaydeen Catherine Dela Cruz Salas wife or The Marriage of Matthew Francis G. Salas , Husband and Jaydeen Catherine Dela Cruz Salas, is irretrievably broken or as the case may be./

Two: The residence of husband is at #122 North Eugenio Street Upper Agat ,Guam, 96928/address/city of Agat country of Guam state of United States for the period of 11 years.

Three: the residence of wife is at #217 Duenas Street Upper Agat , Guam 96928/address/ City of Agat country of Guam, and state of United States and wife has been a residence for a period of 11 years.

Four: Wife Jaydeen Catherine Dela Cruz Salas / is pregnant.

Five: Husband and wife were married on September 23, 1994 in the city of Hagatna Guam, 96932 City of Agana Country of Guam, state of United States, and separated on or about September 18, 2009.

Six: The living children of the marriage are as follows:

| | | |
|---|---|---|
| Jayleeana Maria Dela Cruz | 17 years old | 8D Toves apts. New Agat |
| Jamika May Dela Cruz | 14 years old | 8D Toves apts. New Agat |
| Jaethan Matthew Dela Cruz | 11 years old | 8D Toves apts. New Agat |
| Jaxaivier Marico Dela Cruz | 3 years old | 8D Toves apts. New Agat |

Seven: The following arrangements have been made by husband and wife as to the custody and support of the above-named children and maintained of spouse. Jaydeen Catherine Dela Cruz

Whereof, petitioner prays for judgment as follows:

1. Dissolution of the marriage of Jaydeen Catherine Dela Cruz and Matthew Francis G. Salas;

2.That the custody of the above-named children be awarded to Jaydeen Catherine Dela Cruz

3. That Matthew Francis G. Salas be required to pay the sum of $25,000.00 per Month child for support and maintenance of children;

4. The maintenance in the sum of $25,000.00 per month be grant for the children's support.

1  5. That costs of maintaining this action and attorney fees be awarded to Jaydeen Catherine Dela

2  Cruz; and

3  6. that the court grant such other and further relief as it may deem proper.

4

5  /Signature/ Verification/

6

7

8  TED: November 19, 2018

9                                                              *Jaydeen Catherine Dela Cruz*
                                                               YOUR NAME
10                                                             In Pro Se

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28