# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| WASHINGTON D.C. SEATTLE CITY MANUFACTURING INC., JAYDEEN CATHERINE DELA CRUZ (Pro Se),<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF GUAM SANTA CRUZ BRANCH, BANK PACIFIC ASPINALL LANE HAGATNA, BANK OF HAWAII 2ND FLOOR OF BOH BLDG., FIRST HAWAIIAN BANK MAITE BRANCH,<br><br>Defendants. | CIVIL CASE NO. 18-00038<br><br>**ORDER** |

Before the court is the U.S. Magistrate Judge's Report and Recommendation. *See* ECF No. 15. Therein, the Magistrate Judge recommends that this court deny the application to proceed in forma pauperis. *Id.* More importantly, the Magistrate Judge recommends that this court grant Defendant Bank of Hawaii's motion to dismiss. *Id.* This court has no diversity jurisdiction over the amended complaint. Moreover, the amended complaint was amended six times prior to the issuance of the Report and Recommendation and yet, it fails to state any valid claim upon which relief can be granted against Defendants. *Id.*

Plaintiffs failed to timely object to the Report and Recommendation. However, Plaintiffs filed another amended complaint on August 9, 2019, after the Report and Recommendation was

1

issued. *See* ECF No. 16. Similar to the previous amended complaints filed by Plaintiffs, the seventh amended complaint fails to state a cognizable claim for relief. It also lacks complete diversity.

Accordingly, for the reasons stated herein and in the Report and Recommendation, this case is hereby **DISMISSED** with prejudice.

**SO ORDERED.**



/s/ **Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Aug 29, 2019**